## Bobby Earl NORFUL and Samuel Edward NORFUL v. STATE of Arkansas

5795                                        489 S.W. 2d 239

### Opinion delivered January 22, 1973

*John C. Earl,* for appellants.

*Ray Thornton,* Atty. Gen., by: *Julie McDonald,* Asst. Atty. Gen., for appellee.

Conley Byrd, Justice. Appellants Bobby Earl Norful and Samuel Edward Norful contend that their robbery conviction should be set aside because of lack of identification. There is no merit to this contention. The record shows eye witness identification, possession of the fruits of the crime within minutes after the robbery, and a signed confession by both appellants.

Affirmed.